IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEFFERY C. THOMPSON            PLAINTIFF

    v.            Civil No. 07-5223

SHERIFF TIM HELDER            DEFENDANT

# O R D E R

Plaintiff's complaint was filed in this case on December 7, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Jeffery C. Thompson, complete and sign the attached addendum to his complaint, and return the same to the court **by January 31, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by January 31, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 7th day of January 2008.

           /s/ *J. Marschewski*
           HON. JAMES R. MARSCHEWSKI
           UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEFFERY C. THOMPSON                                                                PLAINTIFF

v.                          Civil No. 07-5223

SHERIFF TIM HELDER                                                                 DEFENDANT

**ADDENDUM TO COMPLAINT**

TO:  JEFFERY C. THOMPSON

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court **by January 31, 2008.**  Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

     When you were initially brought to the Washington County Detention Center on December 27, 2006, you indicate you were placed in a padded cell for three or four days without water.  You state you were finally able to convince the nurse to let you out of there.

     In your complaint, you allege that on the night of May 28, 2007, you witnessed detention center officers, Corporal Matthews, Officer Cautlle, and another unknown officer, direct fellow detainees, Jack Turner and Ronnie Reynolds, to attack another detainee, Michael Jacobson.

After the beating, you indicate Michael Jacobson was moved to protective custody. You allege there were no pictures taken of his injuries and no investigation conducted.

Since that night, you state you have feared for your safety. Eventually when you were in the booking area on an unrelated matter, you state you told a detention officer, who turned out to be an internal affairs officer, about the incident. You indicate an investigation was eventually conducted and you wrote a statement about what you saw and heard during the incident. You indicate Matthews and Cautlle still work at the detention center but you believe since the investigation the third officer no longer works there.

You also indicate you have Post Traumatic Stress Disorder (PTSD) and prior to your incarceration were being treated for this condition by the Veterans' Administration. You indicate you were told by the internal affairs officer that you would be moved from "K" pod to a more open less restrictive area. Despite having been told this, you state you have never been moved.

You allege your PTSD was aggravated by the detention officers who ordered the inmate beating on the night of May 28th. You also state you are being discriminated against because other inmates with similar charges have been moved to "B" block which is less restrictive and more open and visible. You state you would feel more secure in "B" block.

1. Provide the dates of your incarceration at the Washington County Detention Center (WCDC). (In answering, be specific).

Answer:

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

2. Are you incarcerated at the WCDC solely because of pending criminal charges?

Answer: Yes _____ No _____.

If you answered yes, please state what charges are pending against you.

_____

_____

_____

_____

If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

3. Do you contend your federal constitutional rights were violated by your placement in the "padded cell" for three or four days in December of 2006?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) who placed you in the cell; (b) the reason given for putting you in the cell; (c) whether you received three meals a day; (d) whether you received something to drink with your meals; (e) whether you were allowed out of the cell for any period of time each day; (f) whether you had any type of clothing; (g) whether you were allowed to

shower; (h) whether there was room to exercise in the cell; (i) how many days you remained in the cell; (j) when you were released from the cell; and (k) who released you from the cell.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

      4. To your knowledge, was May 28, 2007, the only time a fellow inmate was attacked on orders of detention center personnel?

      Answer: Yes _____ No _____.

      If you answered yes, please explain in detail why you state you have feared for your safety every day since May 28th.

_____

_____

_____

_____

_____

      If you answered no, please provide the dates of any other attacks, the names of the inmates attacked, and the names of the detention center personnel who gave the orders.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      5. You have named Sheriff Tim Helder as a defendant. However, you have not described any actions taken by him. Please describe in detail how Sheriff Helder has violated your federal constitutional rights.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

      6. You state you are being discriminated against because you have not been moved from "K" pod to a more open less restrictive area. Please state: (a) what inmates are assigned to "K" pod; (b) how "K" pod is more restrictive; (c) what inmates are assigned to "B" pod; (d) how "B" pod is less restrictive and more open; (e) who makes the decision of what inmates are assigned to what pod; (f) how does an inmate get moved from one pod to another pod; and (g) what does the amount of time you have spent at the detention center have to do with the pod you are assigned to.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

      7. In response to your request asking to be moved, you were told that "due to the nature of your charges" you couldn't be moved. You attached to your complaint a document showing

you are charged with kidnaping and rape. Are inmates charged with rape generally assigned to the same pod?

Answer: Yes _____ No _____.

If you answered yes, please explain what pod the inmates are generally assigned to.

_____

_____

_____

_____

_____

_____

If you answered no, please state what was meant by "due to the nature of your charges."

_____

_____

_____

_____

_____

_____

8. Did you intend to name Matthews and Cautlle as defendants?

Answer: Yes _____ No _____.

_____

_____

_____

_____

_____

9.  Was Sheriff Helder personally involved in any of the constitutional violations you allege in your complaint?

Answer:  Yes _____ No _____.

If you answered yes, please explain how Sheriff Helder was involved.

_____

_____

_____

_____

_____

_____

_____

10.  Do you contend a custom or policy of Washington County was the moving force behind the violation of your federal constitutional rights?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail the custom or policy and how it operated to violate your federal constitutional rights.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                                          _____

                                                                          JEFFERY C. THOMPSON

                                                                          _____

                                                                          DATE

**AO72A**
**(Rev. 8/82)**