IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEFFERY C. THOMPSON                                                               PLAINTIFF

     v.                              Civil No. 07-5223

SHERIFF TIM HELDER                                                               DEFENDANT

**O R D E R**

Plaintiff filed an addendum to his complaint (Doc. 8). From the addendum, it is clear plaintiff intended to name Corporal Nathan Mathews and Officer Sam Caudle as defendants. **The clerk is directed to add these individuals as defendants.**

IT IS SO ORDERED this 12th day of March 2008.

/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**